1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      BULAT SAMBUEV,                                No.  1:25-cv-1814 DJC AC

12                      Petitioner,

13              v.                                    ORDER

14      TONYA ANDREWS, et al.,

15                      Respondents.

16

17          Petitioner, an immigration detainee who is representing himself, filed a petition for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2241.  After the assigned district judge resolved

19   petitioner's motion for a temporary restraining order and preliminary injunction, the case was

20   referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  Respondent

21   will now be directed to show cause why the writ should not be granted by filing an answer/return.

22   See 28 U.S.C. § 2243.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.   Respondent is directed to file an answer/return within 14 days from the date of this

25   order.  Respondent shall include with the answer/return any and all transcripts or other documents

26   relevant to the determination of the issues presented in the application.

27   ////

28   ////

                                                  1

1   2. Petitioner's reply/traverse, if any, is due within 7 days after being served a copy of

2 respondent's answer/return.

3 DATED: January 7, 2026

4                     ALLISON CLAIRE
                      UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28